RUBBER TRADING CO., Respondent, v. MANHATTAN RUBBER MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Rubber Trading Company against the Manhattan Rubber Manufacturing Company. L. W. Stotesbury, of New York City, for appellant. H. D. Nims, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RUBENSTEIN, Appellant, v. MITCHELL, Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Michael Rubenstein against Alfred A. Mitchell. No opinion. Order affirmed, with $10 costs and disbursements.

RUCCHIO et al. v. RUTH REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. September 23, 1913.) Action by Joseph Rucchio and another against the Ruth Realty Company and others. No opinion. Judgment affirmed, with costs.

RYER, Appellant, v. BILLINGTON, Respondent. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Mabel B. Ryer against Reno R. Billington. G. H. Taylor, of Mt. Vernon, for appellant. J. A. Gray, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RYON, Respondent, v. GIBSON, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Cora Gaylord Ryon, as administratrix, etc., of Henderson Gaylord, against Hannah P. Gibson, individually and as executrix, etc., of Judson A. Gibson, deceased. No opinion. Motion denied. See, also, 142 N. Y. Supp. 1142.

In re SACHS. (Supreme Court, Appellate Division, First Department. October 24, 1913.) In the matter of Moses A. Sachs. No opinion. Referred to official referee. Settle order on notice.

SADDIER, Respondent, v. HARMONY MILLS, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Wilfred Saddier, an infant, by Obeline Saddier, his guardian ad litem, against the Harmony Mills. No opinion. Judgment and order unanimously affirmed, with costs.

In re SANBORN. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) In the matter of Addison S. Sanborn, an attorney. No opinion. Matter referred to Hon. William D. Dickey, official referee, with the suggestion that, as the attorney is now under indictment, he exercise his discretion in waiting a reasonable time before proceeding with the reference. See, also, 152 App. Div. 935, 137 N. Y. Supp. 1141.

SANITARY FIREPROOFING & CONTRACTING CO., Appellant, v. ENDSWORTH CONST. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by the Sanitary Fireproofing & Contracting Company against the Endsworth Construction Company and another. R. A. McDuffie, of New York City, for appellant. C. Goldzier, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

SCHEELER, Appellant, v. CASUALTY CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by John C. Scheeler against the Casualty Company of America.

PER CURIAM. Order (137 N. Y. Supp. 811) affirmed, with costs. Held, that the questions as to whether the policy provides for forfeiture of plaintiff's claim for indemnity for failure to give notice of his disability in proper time (see Carpenter v. German-American Insurance Co., 52 Hun, 249, 4 N. Y. Supp. 925), or if delay in giving the notice prevents recovering for disability prior to the time the notice is given, recovery may, nevertheless, be had for 26 weeks of disability after notice was given (see Whiteside v. North American Accident Ins. Co., 200 N. Y. 320, 93 N. E. 948, 35 L. R. A. [N. S.] 696, dissenting opinion by Haight, J.), not having been argued by counsel are not determined.

SCHERMERHORN, Appellant, v. SCHERMERHORN, Respondent. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Josephine W. Schermerhorn against Nathaniel E. Schermerhorn. J. S. Wise, of New York City, for appellant. No opinion. Order reversed, without costs, and motion for interlocutory judgment granted, with costs. Order filed.

In re SCHMIDT'S ESTATE. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) In the matter of the estate of John D. Schmidt, deceased. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements.

SCHMITT, Appellant, v. SCHMITT et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Lillian Schmitt against Andrew Schmitt, Jr., and others. No opinion. Judgment affirmed by default, with costs. See, also, 157 App. Div. 928, 142 N. Y. Supp. 1143.

SCHNEIDER v. SCHLANG. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Barnet S. Schnei-